

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00760-CR

**EX PARTE** Adrian James **HILLARD** Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: December 7, 2022

PETITION FOR WRIT OF HABEAS CORPUS DENIED

Relator Adrian James Hillard Jr. filed a petition for writ of habeas corpus in which he asks this court to release him from custody. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas corpus petition will be treated as presenting nothing for this court's review. *See id*. Accordingly, relator's petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2022-CR-7572 and 2022-CR-6697, styled *State of Texas v. Adrian James Hillard, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.